IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BROADCAST MUSIC, INC.; BMG )
RIGHTS MANAGEMENT US LLC )
d/b/a Music of Everpop; )
UNIVERSAL-SONGS OF POLYGRAM )
INTERNATIONAL, INC.; FUEL )
PUBLISHING, INC. d/b/a Pener )
Pig Publishing; BMG RIGHTS )
MANAGEMENT GMBH d/b/a BMG )
Rights Management US LLC )
d/b/a EMI Virgin Songs; FULL )
VOLUME MUSIC; SCRAP METAL )
MUSIC; EMI BLACKWOOD MUSIC, )
INC.; COUNTING CROWS, LLC )
d/b/a Jones Falls Music; )
COLLIPARK MUSIC; SOAR LOSER )
MUSIC; DA CRIPPLER )
PUBLISHING; E W C PUBLISHING )
CO.; HIP CITY MUSIC INC.; and )
HIFROST PUBLISHING; )
　　　　　　　　　　　　　　　　 )
　　　　Plaintiffs, 　　　　　　　)
　　　　　　　　　　　　　　　　 )
v. 　　　　　　　　　　　　　　　) CASE NO. CV419-047
　　　　　　　　　　　　　　　　 )
2 FOR 1, LLC d/b/a Pour 　　　　 )
Larry's; JOLYNN ROMANO; LARRY 　)
NELSON, II; and LAWRENCE 　　　　)
PAWLOWSKI; 　　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　　Defendants. 　　　　　　　)
_____ )

## **O R D E R**

Before the Court is Plaintiffs' Consent Motion to Drop Lawrence Pawlowski as Party Defendant. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 21, "[p]arties may be dropped or added by order of the court on motion of any party at any stage of the action and on such terms as are

just." Plaintiffs seek to have Defendant Pawlowski dropped from this action because "Mr. Pawlowski sold his interest in the bar business at issue several years prior to the occurrence of the acts on copyright infringement alleged" and, therefore, "cannot have individual liability for the alleged acts of copyright infringement." (Doc. 12 at 2.) Defendants have not yet appeared in this action and have not objected to Plaintiffs' motion. After careful consideration, Plaintiffs' motion is **GRANTED** and their claims against Defendant Lawrence Pawlowski are **DISMISSED WITHOUT PREJUDICE**. Defendants 2 for 1 LLC d/b/a Pour Larry's, Jolynn Romano, and Larry Nelson, II shall remain Defendants in this action and the case will continue as to those Defendants.

SO ORDERED this 23RD day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA