IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; BMG RIGHTS MANAGEMENT US LLC d/b/a Music of Everpop; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a Pener Pig Publishing; BMG RIGHTS MANAGEMENT GMBH d/b/a BMG Rights Management US LLC d/b/a EMI Virgin Songs; FULL VOLUME MUSIC; SCRAP METAL MUSIC; EMI BLACKWOOD MUSIC, INC.; COUNTING CROWS, LLC d/b/a Jones Falls Music; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; HIP CITY MUSIC INC.; and HIFROST PUBLISHING;<br><br>Plaintiffs,<br><br>v.<br><br>2 FOR 1, LLC d/b/a Pour Larry's; JOLYNN ROMANO; LARRY NELSON, II;<br><br>Defendants. | CASE NO. CV419-047 |

**O R D E R**

Before the Court is the Plaintiffs' Consent Motion to Administratively Close Case. (Doc. 17.) Plaintiffs have informed the Court that they have reached a settlement agreement, the terms of which they expect to be complete on or before December 1, 2021. (Id. at 2.) As a result,

Plaintiffs, with the consent of Defendants, request that the Court direct the Clerk of Court to close the case administratively pending successful resolution of the parties' settlement agreement. After careful consideration, Plaintiffs' consent motion (Doc. 17) is **DENIED**. Instead, the Court **DISMISSES** Plaintiffs' complaint (Doc. 1) **WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case. If the terms of the parties' settlement agreement are not completed, Plaintiffs remain free to refile their complaint.

SO ORDERED this 9th day of November 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA